| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Pamela Kent |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Western District of Tennessee (State) |
| Case number | 16-21874 |

Form 4100R

# Response to Notice of Final Cure Payment    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, not in its individual capacity but solely as trustee for LB-Igloo Series IV Trust.

**Court claim no. (if known):** 13-2

**Last 4 digits** of any number you use to identify the debtor's account: 8145

**Property Address:** 6501 Valley Oak Dr
Number    Street
Memphis, TN 38141
City    State    Zip Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:
MM/ DD /YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due: 03/01/22-06/01/22  4@985.90      (a) $ 3,943.60
b. Total fees, charges, expenses, escrow, and cost outstanding:              + (b) $ _____
c. **Total**. Add lines a and b.                                              (c) $ 3,943.60

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    03/ 01 / 2022
MM/ DD /YYYY

Less Suspense -937.92
Total Due=3,005.68

Official Form 4100R    **Response to Notice of Final Cure Payment**    Page 1

| Debtor 1 | Pamela | | Kent | Case Number (if known) | 16-21874 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Anne Marie Throne                Date 07/05/2022
Signature

Print: Anne Marie Throne,    Bar No. TNBPR 036224    Title: Bankruptcy Attorney
       First name  Middle Name  Last name

Company: MCMICHAEL TAYLOR GRAY, LLC

If different from the notice address listed on the proof of claim to which this response applies:

Address: 3550 Engineering Drive, Suite 260
Number    Street

Peachtree Corners, GA 30092
City    State    Zip Code

Contact phone: 404-474-7149    Email: athrone@mtglaw.com

Official Form 4100R    Response to Notice of Final Cure Payment    Page 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing in the above captioned case was this day served upon the below named persons by either United States Mail or Electronic Mail at the addresses shown below:

**Via U.S. Mail**
Pamela Kent
6501 Valley Oak Dr.
Memphis, TN 38141


**Via CM/ECF electronic service:**
Jimmy E. McElroy
Jimmy E. McElroy, Attorney at Law
3780 S. Mendenhall
Memphis, TN 38115

Sylvia F Brown
200 Jefferson Ave. Suite #1113
Memphis, TN 38103

Dated: July 5, 2022

    Respectfully submitted,

    By: /s/ Anne Marie Throne
    Anne Marie Throne
    TNBPR 036224

    MCMICHAEL TAYLOR GRAY, LLC
    Attorney for Creditor
    3550 Engineering Drive, Suite 260
    Peachtree Corners, GA 30092
    Telephone: 404-474-7149
    Facsimile: 404-745-8121
    E-mail: athrone@mtglaw.com
    MTG File No.: 21-001392-02



| | PAYMENT CHANGES | | | |
|---|---|---|---|---|
| DATE | P&I | Escrow | TOTAL | Reference |
| 03/01/16 | 619.80 | 346.71 | 966.51 | |
| 02/01/17 | 619.80 | 350.54 | 970.34 | |
| 03/01/18 | 619.80 | 348.35 | 968.15 | |
| 03/01/19 | 619.80 | 349.86 | 969.66 | |
| 03/01/20 | 619.80 | 358.28 | 978.08 | |
| 03/01/21 | 619.80 | 337.54 | 957.34 | |
| 03/01/22 | 619.80 | 366.10 | 985.90 | NOPC filed with the court |
| | | | 0.00 | |
| | | | 0.00 | |
| | | | 0.00 | |

| | |
|---|---|
| Loan# | |
| Borrower: | Nevills |
| Date Filed: | 2/24/2016 |
| BK Case # | 16-21874 |
| First Post Petition Due Date: | 3/1/2016 |
| POC covers: | 02/01/2016 - 04/01/2016 |
| MOD EFFECTIVE DATE: | |

| Date | Amount Recvd | Payment Type | Post Petition Due Date | Contractual Due Date | Amount Due | Over/Shortage | Suspense Credit | Suspense Debit | Susp Balance |
|---|---|---|---|---|---|---|---|---|---|
| Beginning Suspense Balance | | | | | | $0.00 | | | $0.00 |
| 6/23/2016 | $1,694.00 | Post | 5/1/16 | 2/1/16 | $966.51 | $727.49 | $727.49 | | $727.49 |
| 7/22/2016 | $847.00 | Post | 6/1/16 | 3/1/16 | $966.51 | -$119.51 | | $119.51 | $607.98 |
| 8/16/2016 | $1,325.04 | Post | 7/1/16 | 4/1/16 | $966.51 | $358.53 | $358.53 | | $966.51 |
| | | Post | 8/1/16 | 5/1/16 | $966.51 | -$966.51 | | $966.51 | $0.00 |
| 9/14/2016 | $966.51 | Post | 9/1/16 | 6/1/16 | $966.51 | $0.00 | | | $0.00 |
| 10/17/2016 | $966.51 | Post | 10/1/16 | 7/1/16 | $966.51 | $0.00 | | | $0.00 |
| 10/17/2016 | | Pre | | | | $0.00 | | | $0.00 |
| 11/16/2016 | $966.51 | Post | 11/1/16 | 8/1/16 | $966.51 | $0.00 | | | $0.00 |
| 11/16/2016 | | Pre | | | | $0.00 | | | $0.00 |
| 12/15/2016 | $966.51 | Post | 12/1/16 | 9/1/16 | $966.51 | $0.00 | | | $0.00 |
| 1/19/2017 | $966.51 | Post | 1/1/17 | 10/1/16 | $966.51 | $0.00 | | | $0.00 |
| 2/16/2017 | $970.34 | Post | 2/1/17 | 11/1/16 | $970.34 | $0.00 | | | $0.00 |
| 3/16/2017 | $970.34 | Post | 3/1/17 | 12/1/16 | $970.34 | $0.00 | | | $0.00 |
| 3/16/2017 | | Pre | | | | $0.00 | | | $0.00 |
| 4/17/2017 | $970.34 | Post | 4/1/17 | 1/1/17 | $970.34 | $0.00 | | | $0.00 |
| 5/18/2017 | $970.34 | Post | 5/1/17 | 2/1/17 | $970.34 | $0.00 | | | $0.00 |
| 5/18/2017 | | Pre | | | | $0.00 | | | $0.00 |
| 6/16/2017 | $970.34 | Post | 6/1/17 | 3/1/17 | $970.34 | $0.00 | | | $0.00 |
| 6/16/2017 | | Pre | | | | $0.00 | | | $0.00 |
| 7/18/2017 | $970.34 | Post | 7/1/17 | 4/1/17 | $970.34 | $0.00 | | | $0.00 |
| 7/18/2017 | | Pre | | | | $0.00 | | | $0.00 |
| 8/17/2017 | $970.34 | Post | 8/1/17 | 5/1/17 | $970.34 | $0.00 | | | $0.00 |
| 9/14/2017 | $970.34 | Post | 9/1/17 | 6/1/17 | $970.34 | $0.00 | | | $0.00 |
| 9/14/2017 | | Pre | | | | $0.00 | | | $0.00 |
| 10/16/2017 | $970.34 | Post | 10/1/17 | 7/1/17 | $970.34 | $0.00 | | | $0.00 |
| 10/16/2017 | | Pre | | | | $0.00 | | | $0.00 |
| 11/14/2017 | $970.34 | Post | 11/1/17 | 8/1/17 | $970.34 | $0.00 | | | $0.00 |
| | | | | | | $0.00 | | | $0.00 |
| 11/14/2017 | | Pre | | | | $0.00 | | | $0.00 |
| 12/14/2017 | $970.34 | Post | 12/1/17 | 9/1/17 | $970.34 | $0.00 | | | $0.00 |
| 12/14/2017 | | Pre | | | | $0.00 | | | $0.00 |
| 1/17/2018 | $970.34 | Post | 1/1/18 | 10/1/17 | $970.34 | $0.00 | | | $0.00 |
| 1/17/2018 | | Pre | | 11/1/17 | | $0.00 | | | $0.00 |
| 2/14/2018 | $970.34 | Post | 2/1/18 | 12/1/17 | $970.34 | $0.00 | | | $0.00 |
| 2/14/2018 | | Pre | | | | $0.00 | | | $0.00 |
| 3/16/2018 | $968.15 | Post | 3/1/18 | 1/1/18 | $968.15 | $0.00 | | | $0.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 3/16/2018 | | Pre | | | | $0.00 | | | $0.00 |
| 4/16/2018 | $968.15 | Post | 4/1/18 | 2/1/18 | $968.15 | $0.00 | | | $0.00 |
| 4/16/2018 | | Pre | | | | $0.00 | | | $0.00 |
| 5/14/2018 | $968.15 | Post | 5/1/18 | 3/1/18 | $968.15 | $0.00 | | | $0.00 |
| 5/14/2018 | | Pre | | | | $0.00 | | | $0.00 |
| 6/14/2018 | $968.15 | Post | 6/1/18 | 4/1/18 | $968.15 | $0.00 | | | $0.00 |
| 6/14/2018 | | Pre | | | | $0.00 | | | $0.00 |
| 7/16/2018 | $968.15 | Post | 7/1/18 | 5/1/18 | $968.15 | $0.00 | | | $0.00 |
| 7/16/2018 | | Pre | | | | $0.00 | | | $0.00 |
| 8/14/2018 | $968.15 | Post | 8/1/18 | 6/1/18 | $968.15 | $0.00 | | | $0.00 |
| 8/14/2018 | | Pre | | | | $0.00 | | | $0.00 |
| 9/17/2018 | $968.15 | Post | 9/1/18 | 7/1/18 | $968.15 | $0.00 | | | $0.00 |
| 10/15/2018 | $968.15 | Post | 10/1/18 | 8/1/18 | $968.15 | $0.00 | | | $0.00 |
| 10/15/2018 | | Pre | | | | $0.00 | | | $0.00 |
| 11/16/2018 | $968.15 | Post | 11/1/18 | 9/1/18 | $968.15 | $0.00 | | | $0.00 |
| 11/16/2018 | | Pre | | | | $0.00 | | | $0.00 |
| 12/13/2018 | $968.15 | Post | 12/1/18 | 10/1/18 | $968.15 | $0.00 | | | $0.00 |
| 12/13/2018 | | Pre | | | | $0.00 | | | $0.00 |
| 1/15/2019 | $968.15 | Post | 1/1/19 | 11/1/18 | $968.15 | $0.00 | | | $0.00 |
| 1/15/2019 | | Pre | | | | $0.00 | | | $0.00 |
| 2/13/2019 | $968.15 | Post | 2/1/19 | 12/1/18 | $968.15 | $0.00 | | | $0.00 |
| 2/13/2019 | | Pre | | | | $0.00 | | | $0.00 |
| 3/29/2019 | $969.66 | Post | 3/1/19 | 1/1/19 | $969.66 | $0.00 | | | $0.00 |
| 3/29/2019 | | Pre | | | | $0.00 | | | $0.00 |
| 4/16/2019 | $969.66 | Post | 4/1/19 | 2/1/19 | $969.66 | $0.00 | | | $0.00 |
| 4/16/2019 | | Pre | | | | $0.00 | | | $0.00 |
| 5/15/2019 | $969.66 | Post | 5/1/19 | 3/1/19 | $969.66 | $0.00 | | | $0.00 |
| 5/15/2019 | | Pre | | | | $0.00 | | | $0.00 |
| 6/17/2019 | $969.66 | Post | 6/1/19 | 4/1/19 | $969.66 | $0.00 | | | $0.00 |
| 6/17/2019 | | Pre | | | 5/1/19 | | $0.00 | | | $0.00 |
| 7/15/2019 | $969.66 | Post | 7/1/19 | 6/1/19 | $969.66 | $0.00 | | | $0.00 |
| 7/15/2019 | | Pre | | | | $0.00 | | | $0.00 |
| 8/14/2019 | $969.66 | Post | 8/1/19 | 7/1/19 | $969.66 | $0.00 | | | $0.00 |
| 8/14/2019 | | Pre | | | | $0.00 | | | $0.00 |
| 9/17/2019 | $969.66 | Post | 9/1/19 | 8/1/19 | $969.66 | $0.00 | | | $0.00 |
| 9/17/2019 | | Pre | | | | $0.00 | | | $0.00 |
| 10/16/2019 | $969.66 | Post | 10/1/19 | 9/1/19 | $969.66 | $0.00 | | | $0.00 |
| 10/16/2019 | | Pre | | | | $0.00 | | | $0.00 |
| 12/3/2019 | $969.66 | Post | 11/1/19 | 10/1/19 | $969.66 | $0.00 | | | $0.00 |
| 12/3/2019 | | Pre | | | | $0.00 | | | $0.00 |
| 12/20/2019 | $969.66 | Post | 12/1/19 | 11/1/19 | $969.66 | $0.00 | | | $0.00 |
| 12/20/2019 | | Pre | | | | $0.00 | | | $0.00 |
| 1/14/2020 | $969.66 | Post | 1/1/20 | 12/1/19 | $969.66 | $0.00 | | | $0.00 |
| 1/14/2020 | | Pre | | | | $0.00 | | | $0.00 |
| 2/14/2020 | $969.66 | Post | 2/1/20 | 1/1/20 | $969.66 | $0.00 | | | $0.00 |
| 2/14/2020 | | Pre | | | | $0.00 | | | $0.00 |
| 3/13/2020 | $978.08 | Post | 3/1/20 | 2/1/20 | $978.08 | $0.00 | | | $0.00 |
| 3/13/2020 | | Pre | | | | $0.00 | | | $0.00 |
| 4/16/2020 | $978.08 | Post | 4/1/20 | 3/1/20 | $978.08 | $0.00 | | | $0.00 |
| 4/16/2020 | | Pre | | | | $0.00 | | | $0.00 |
| 6/4/2020 | $978.08 | Post | 5/1/20 | 4/1/20 | $978.08 | $0.00 | | | $0.00 |
| 6/4/2020 | | Pre | | | | $0.00 | | | $0.00 |
| 6/24/2020 | $978.08 | Post | 6/1/20 | 5/1/20 | $978.08 | $0.00 | | | $0.00 |

| Date | Amount | Pre/Post | Date A | Date B | Amt 1 | Amt 2 | Amt 3 | Amt 4 | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 6/24/2020 | | Pre | | | | $0.00 | | | $0.00 |
| 7/17/2020 | $978.08 | Post | 7/1/20 | 6/1/20 | $978.08 | $0.00 | | | $0.00 |
| 7/17/2020 | | Pre | | 7/1/20 | | $0.00 | | | $0.00 |
| 9/16/2020 | $1,956.16 | Post | 8/1/20 | 8/1/20 | $978.08 | $978.08 | $978.08 | | $978.08 |
| | | Post | 9/1/20 | 9/1/20 | $978.08 | -$978.08 | | $978.08 | $0.00 |
| 9/16/2020 | | Pre | | | | $0.00 | | | $0.00 |
| 2/17/2021 | $978.08 | Post | 10/1/20 | 10/1/20 | $978.08 | $0.00 | | | $0.00 |
| 3/15/2021 | $978.08 | Post | 11/1/20 | 11/1/20 | $978.08 | $0.00 | | | $0.00 |
| 4/16/2021 | $1,914.68 | Post | 12/1/20 | 12/1/20 | $978.08 | $936.60 | $936.60 | | $936.60 |
| | | | | | | $0.00 | | | $936.60 |
| 5/14/2021 | $957.34 | Post | 1/1/21 | 1/1/21 | $978.08 | -$20.74 | | $20.74 | $915.86 |
| 6/17/2021 | $957.34 | Post | 2/1/21 | 2/1/21 | $978.08 | -$20.74 | | $20.74 | $895.12 |
| 7/23/2021 | $957.34 | Post | 3/1/21 | 3/1/21 | $957.34 | $0.00 | | | $895.12 |
| 8/16/2021 | $957.34 | Post | 4/1/21 | 4/1/21 | $957.34 | $0.00 | | | $895.12 |
| 9/16/2021 | $957.34 | Post | 5/1/21 | 5/1/21 | $957.34 | $0.00 | | | $895.12 |
| 10/13/2021 | $957.34 | Post | 6/1/21 | 6/1/21 | $957.34 | $0.00 | | | $895.12 |
| 11/16/2021 | $957.34 | Post | 7/1/21 | 7/1/21 | $957.34 | $0.00 | | | $895.12 |
| 1/18/2022 | $957.34 | Post | 8/1/21 | 8/1/21 | $957.34 | $0.00 | | | $895.12 |
| 3/4/2022 | $957.34 | Post | 9/1/21 | 9/1/21 | $957.34 | $0.00 | | | $895.12 |
| 3/21/2022 | $965.90 | Post | 10/1/21 | 10/1/21 | $957.34 | $8.56 | $8.56 | | $903.68 |
| 4/14/2022 | $1,931.80 | Post | 11/1/21 | 11/1/21 | $957.34 | $974.46 | $974.46 | | $1,878.14 |
| | | Post | 12/1/21 | 12/1/21 | $957.34 | -$957.34 | | $957.34 | $920.80 |
| 5/19/2022 | $965.90 | Post | 1/1/22 | 1/1/22 | $957.34 | $8.56 | $8.56 | | $929.36 |
| 6/16/2022 | $965.90 | Post | 2/1/22 | 2/1/22 | $957.34 | $8.56 | $8.56 | | $937.92 |
| | | | | | | $0.00 | | | $937.92 |
| | | | | | | $0.00 | | | $937.92 |
| POST DUE | | | 3/1/22 | | $985.90 | -$985.90 | | | $937.92 |
| | | | 4/1/22 | | $985.90 | -$985.90 | | | $937.92 |
| | | | 5/1/22 | | $985.90 | -$985.90 | | | $937.92 |
| | | | 6/1/22 | | $985.90 | -$985.90 | | | $937.92 |
| | | | 7/1/22 | | $985.90 | -$985.90 | | | $937.92 |